### J. W. BOLTON v. STATE OF OHIO.

ACT LIMITING EMPLOYMENT OF GIRLS UNDER EIGHTEEN YEARS TO EIGHT HOURS PER DAY IS CONSTITUTIONAL.

Act 99 O. L. 30, fixing eight hours as the maximum hours in one day in which girls under eighteen years of age shall be permitted to work in certain occupations and imposing a penalty for violation thereof, is constitutional.

[Proof of this decision and syllabus was submitted to Judge Winch and corrected.—Ed.]

ERROR to Cuyahoga common pleas.

**Hoyt, Dustin & Kelley,** for plaintiff in error.

**Charles P. Hine,** for defendant in error.

**WINCH, J.**

Plaintiff in error was convicted of employing a girl under eighteen years of age and permitting her to work more than eight hours in one day in the factory of which he was superintendent, contrary to the provisions of the Act of February 28, 1908, 99 O. L. 30.

In this court it is claimed that the provision of the law referred to, under which plaintiff in error was convicted, is unconstitutional.

We find nothing upon which to base this claim. The state has plenary power to legislate regarding minors, as wards of the state; they have only such right to contract as the state awards them.

That the provision of the law referred to is a reasonable exercise of the police power of the state is apparent, if it be viewed in its bearing upon the health of immature girls who are to be the future mothers of our citizens. The judgment of the legislature in this matter, is not to be set aside by the courts.

Judgment affirmed.

**Henry** and **Marvin, JJ.,** concur.